

FILED

05/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0278

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0278

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DANIEL HUNTER FLANSBURG,

Defendant and Appellant.

FILED

MAY 27 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Daniel Hunter Flansburg moves this Court for appointment of counsel in his appeal of an April 8, 2022 final judgment from the Cascade County District Court (Cause No. BDC-19-097). As grounds, he states that he is indigent and lacks the legal education to seek an appeal on his own.

We secured a copy of the final judgment. The Cascade County District Court sentenced Flansburg to the Montana State Prison for a ten-year term for criminal endangerment, pursuant to a plea agreement. The court awarded 488 days of credit for time served. Flansburg had representation of counsel.

Flansburg has a recent felony conviction, and he may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. We note that Flansburg, through counsel, has another appeal of a criminal conviction and sentence pending in this Court. *See State v. Flansburg*, No. DA 21-0082. Therefore,

IT IS ORDERED that Flansburg's Motion for Appointment of Counsel is GRANTED.

The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Daniel Hunter Flansburg personally.

DATED this 27th day of May, 2022.

For the Court,

By _____
Chief Justice